ORIGINAL

**SEALED**
BY ORDER OF THE COURT

WARNING: THIS IS A SEALED DOCUMENT CONTAINING NON-PUBLIC INFORMATION

KENJI M. PRICE #10523
United States Attorney
District of Hawaii

KENNETH M. SORENSON
Chief, Criminal Division

MARC A. WALLENSTEIN
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-Mail: Marc.Wallenstein@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUN 25 2018

at 3 o'clock and 00 min. P M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) MAG. NO. 18-00682 RLP |
| Plaintiff, | ) CRIMINAL COMPLAINT |
| vs. | ) |
| MICHAEL DAU, | ) |
| Defendant. | ) |

### CRIMINAL COMPLAINT

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief.

COUNT 1

On or about May 8, 2018, in the District of Hawaii, defendant Mike Dau, did knowingly and intentionally conspire to

distribute and possess with intent to distribute fifty (50) grams or more of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 846 and 841(b)(1)(A).

I further state that I am a DEA Special Agent and that this Complaint is based upon the facts set forth in the attached "Affidavit in Support of Criminal Complaint", which is attached hereto and incorporated herein by reference.

Sworn to under oath before me telephonically, and attestation acknowledged pursuant to Fed. R. Crim. P. 4.1(b)(2), this 25th day of June, 2018.

TIMOTHY H. NGUYEN
Drug Enforcement Administration

RICHARD L. PUGLISI
United States Magistrate Judge

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

TIMOTHY H. NGUYEN, being duly sworn, deposes and states as follows:

1. I am a Special Agent with the U.S. Drug Enforcement Administration ("DEA") and am currently assigned to the DEA Enforcement Group in Honolulu, HI.

2. On May 15, 2018, a defendant (hereafter as Defendant 1) was arrested in Pearl City, HI for possession of approximately 14 ounces of crystal methamphetamine. After being read *Miranda* warnings, Defendant 1 elected to waive his/her rights and provided statements.

3. Defendant 1 stated that he/she had been supplied crystal methamphetamine by another person (Defendant 2) who resided in Las Vegas, NV. A handwritten document was found inside Defendant 1's wallet. The document contained bank account information, a routing number, and an address in Utah. The document also contained the handwritten name of Defendant 2 and an address in Las Vegas.

4. Defendant 1 stated that Dau wire transferred money on Defendant 1's behalf to Defendant 2, by wiring it to the aforementioned bank account. In exchange, Defendant 2 sent Dau crystal methamphetamine, which Dau then gave to Defendant 1. Defendant 1 also paid Dau $500.00 to receive each parcel on his/her behalf.

5. Defendant 1 gave DEA Special Agents consent to search his/her cell phone. Defendant 1 showed DEA Special Agents text messages that he said were between him/herself and Dau, regarding the shipment of parcels containing methamphetamine sent from Las Vegas, NV.

6. In one text message dated May 3, 2018, Dau sent Defendant 1 his address: "95-771 Hinalii St Mililani, HI 96789." In another text message from Defendant 1 to Dau dated May 10, 2018, Defendant 1 wrote: "Yo he sent another one yesterday and suppose to send another one today." Based on my training and experience, "one" refers to one parcel of crystal methamphetamine.

7. On May 17, 2018, DEA Special Agents received bank records from American First Credit Union regarding the aforementioned bank account. The bank records showed wire

3

transfers from Dau to Defendant 2, each listed by name on the bank records. Dau wire transferred $3800 to Defendant 2 on April 3, 2018. Dau wire transferred $4200 to Defendant 2 on April 18, 2018. and Dau wire transferred $8000 to Defendant 2 on May 2, 2018.

8. U.S. Postal Inspectors intercepted two packages sent from Defendant 2 to Dau, and obtained federal search warrants for those two packages on May 21, 2018. Both parcels originated in Las Vegas, NV, and both parcels had been sent to "Mike Dau 95-771 Hinalii St Mililani, HI 96789". The first parcel contained 561 gross grams of crystal methamphetamine. The second parcel contained 589 gross grams of crystal methamphetamine.

9. On June 8, 2018, Special Agents interviewed Defendant 1 with his/her attorney present. Defendant 1 identified Dau from a Hawaii driver license.

10. Substances from both parcels were field tested and showed positive for the presence of crystal methamphetamine.

//

//

//

//

//

//

//

//

//

//

//

//

11. Methamphetamine is a Schedule II controlled substance.

FURTHER AFFIANT SAYETH NAUGHT.

DATED: Honolulu, Hawaii, June 25, 2018.

_____
TIMOTHY H. NGUYEN
Drug Enforcement Administration

This Criminal Complaint and Affidavit in support thereof were presented to, approved by, and probable cause to believe that the defendant above-named committed the charged crime found to exist by the undersigned Judicial Officer at __1455__ .m. on June 25, 2018.

Sworn to under oath before me telephonically, and attestation acknowledged pursuant to Fed. R. Crim. P. 4.1(b)(2), this 25th day of June, 2018.

_____
RICHARD L. PUGLISI
United States Magistrate Judge